# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James A.G. Bunch, Jr.,

    Plaintiff(s),

vs.

State of North Carolina, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv79-1-MU

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 2, 2006 Order.

March 3, 2006

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk